JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY PEREIRA, et al.,,<br><br>    Plaintiffs,<br><br>  v.<br><br>RALPH'S GROCERY CO.,<br><br>    Defendant. | No.  CV 07-0841 PA (FFMx)<br>       CV 08-2021 PA (RCx)<br><br>JUDGMENT |

In accordance with the Court's July 1, 2010 order granting plaintiffs Henry Pereira, Rosaura Navar, Sung Park and the American Disability Institute's motion for final approval of class action settlement and motion for attorney's fees and costs,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the injunctive and declaratory relief claims in both the Pereira and Park actions shall be dismissed with prejudice as to the named plaintiffs and all other class members. The named plaintiffs' claims for monetary damages are also dismissed with prejudice. The monetary damages claims are dismissed without prejudice as to all other class members. Class counsel shall be awarded a total of $593,000 for attorney's fees and reimbursement of out-of-pocket expenses.

DATED: July 1, 2010

                                                        Percy Anderson<br>                                        UNITED STATES DISTRICT JUDGE